UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES ARTHUR HAROLSON,

        Plaintiff,

   v.

JIM POPE, et al.,

        Defendants.
_____/

NO. CIV. S-04-2128 LKK/PAN P

O R D E R

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    This court has reviewed the magistrate judge's findings and recommendations. The magistrate judge concluded without any analysis or citations that "[t]he federal right of access to the courts does not extend to small claims actions" and recommended that the action be dismissed for failure to state a claim. I cannot agree.

1

1   While it appears that the Ninth Circuit has not ruled on this
2 precise issue (whether the right of access to courts includes
3 access to small claims courts), other courts have held that a
4 prisoner's reasonable access to the courts must include access in
5 general civil legal matters including but not limited to divorce
6 and small claims courts.  <u>See</u>, <u>e.g.</u>, <u>Corpus v. Estelle</u>, 551 F.2d
7 68, 70 (5th Cir. 1977).  This matter is remanded to the magistrate
8 judge for further proceedings consistent with this order.
9   IT IS SO ORDERED.
10   DATED:  May 9, 2005.

<u>/s/Lawrence K. Karlton</u>
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2